### Shaheed JAMES, Petitioner–Appellant,

v.

### Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

### No. 01–6723.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Shaheed James, pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Shaheed James appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See James v. Angelone,* No. CA–00–158–2 (E.D.Va. Mar. 30, 2001). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

*DISMISSED.*